IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RIZHAOJUEZHISHAOMAO, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-5025<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sony Interactive Entertainment LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| SenRuya | 3 |
| Xiangchengshiweipengshangmaoyouxiangongsi | 34 |
| Xmyws | 38 |
| Xuannier | 42 |
| yeqiangltd | 46 |
| Ysqool-US | 49 |
| ZHENGDANHAO-US7 | 54 |
| ZhiRain | 55 |
| zou-peng | 59 |
| Anlin | 60 |
| Dhail shop | 65 |
| luoxue | 72 |
| Shadudu | 75 |

| | |
|---|---|
| Dated this 23rd day of June 2025. | Respectfully submitted,<br><br>/s/ Rachel S. Miller<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Rachel S. Miller<br>Lucas A. Peterson<br>Greer, Burns & Crain, Ltd.<br>200 West Madison Street, Suite 2100<br>Chicago, Illinois 60606<br>312.360.0080<br>312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>rmiller@gbc.law<br>lpeterson@gbc.law<br><br>*Counsel for Plaintiff*<br>*Sony Interactive Entertainment LLC* |